# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JEROME PAUL WILSON, | No. CV 08-8142-R (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CALIFORNIA STATE PRISON, LOS ANGELES COUNTY, et al., | |
| Defendants. | |

Pursuant to the order adopting findings, conclusions and recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  May 27, 2010

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE